

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2019

No. 04-19-00210-CV

**IN RE** Justin **HALL**

Original Mandamus Proceeding[1]

### ORDER

On July 2, 2019, this court granted relator's motion for extension of time in which to file an amended petition for writ of mandamus, ordered the petition or a motion to dismiss filed by July 15, 2019, and cautioned relator that if he did not timely respond, this original proceeding would be dismissed for want of prosecution. On July 25, 2019, this court issued an order granting relator's second motion for extension of time, ordering the petition or a motion to dismiss filed by July 29, 2019, stating no further extensions of time would be considered, and again cautioning relator that if he did not timely respond, this original proceeding would be dismissed for want of prosecution. Relator has not responded to this court's order; therefore, this original proceeding is DISMISSED FOR WANT OF PROSECUTION.

It is so **ORDERED** on August 7, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-PC-3848, styled *In the Estate of Bill Hall, Jr., Deceased*, pending in the Probate Court No. 2, Bexar County, Texas, the Honorable Veronica Vasquez presiding.